# EMPLOYEE INCOME RECORDS

The Debtor(s) anticipate(s) the following changes in income in the next year:

    None.

Pursuant to the requirements of 11 U.S.C. 707(b)(2)(C), Debtor(s) state(s) that the information provided in Schedule I is based on an analysis of the income received by the Debtor(s) in the past year adjusted, when appropriate, to show actual current monthly income. Paycheck stubs, bank statements and other evidence of income have been used by the Debtor(s) and their attorney for the calculations.

Evidence of 60 days of payments received from an employer are filed herewith as required by 11 U.S.C. 521(a)(1)(iv). Income figures shown on Form 22A are based on an average of the past six (6) months income received by the Debtor(s).

Absent an official form promulgated by the U.S. Bankruptcy Court or The Office of the U.S. Trustee, this statement shall constitute Debtor(s) statement of current income as required by U.S.C. 707(b)(2)(C) and 11 U.S.C. 521.

## DECLARATION OF DEBTOR(S) REGARDING EVIDENCE OF PAYMENTS RECEIVED FROM ANY EMPLOYER

The Debtor(s) hereby declare(s) **under penalty of perjury** that all evidence and advices of payments received from any employer within sixty (60) days before the date of the filing of the bankruptcy petition in this case are attached hereto and any absences or gaps in the such evidence are explained as follows:

\_\_H\_\_ All income received is from sources other than an employer:
    \_\_\_\_ Social Security
    \_\_H\_\_ Self Employment
    \_\_\_\_ Unemployment
    \_\_\_\_ Unemployed
    \_\_\_\_ Other: _____

\_\_\_\_ The gap in advices attached from _____ to _____ is explained as follows: _____

\_W\_ All advices are attached. The most recent paycheck attached is the last paycheck that I/We have received prior to filing.

Date: 2/4/10

                                                         Debtor

Date: 2/4/10

                                                         Debtor



**AREA EDUCATION AGENCY 11**
6500 Corporate Drive
Johnston, Iowa 50131-1603

Page 1 of 1

Pay: **SHANNON GAY CORKREAN**

Dept.: **US MAIL**      Check Total: **$0.00**      Check No.: **394620**
SSN: **XXX-XX-7786**                                    Check Date: **Dec 15, 2009**

| DESCRIPTION | THIS PAY | Y-T-D | DESCRIPTION | THIS PAY | Y-T-D |
|---|---:|---:|---|---:|---:|
| Taxable Earnings | | | Deductions | | |
| Contract Salary | $1,941.38 | $32,107.99 | Federal Withholding | $29.09 | $852.36 |
| Contract Salary | $0.00 | $0.02 | State Withholding | $89.00 | $1,362.00 |
| Flat Tax Hours | $0.00 | $2,217.99 | FICA | $121.14 | $2,043.82 |
| Teacher Quality | $209.00 | $1,784.28 | Medicare | $28.33 | $477.99 |
| Teacher Quality | $0.00 | $834.54 | Total Deductions | $267.56 | $4,736.17 |
| Phase II | $43.00 | $491.50 | Net Pay | $1,592.04 | $26,628.91 |
| TQ Study Group | $0.00 | $550.00 | Direct Deposits | | |
| Gross | $2,193.38 | $37,986.32 | Wells Fargo & Co. | $1,592.04 | $26,628.91 |
| Reductions | | | Total Direct Deposit | $1,592.04 | $26,628.91 |
| IPERS Deduction | $94.32 | $1,599.76 | Total Net Check | $0.00 | $0.00 |
| Vision1 EE/Family | $6.64 | $86.32 | | | |
| $500 Family UN | $200.88 | $2,611.44 | | | |
| $1500D Family UN | $0.00 | $1,271.28 | | | |
| $1500D Fam UN Add'l | $0.00 | $317.82 | | | |
| Dental Family Union | $31.94 | $670.74 | | | |
| Dent Fam Add'l Union | $0.00 | $63.88 | | | |
| Total Reductions | $333.78 | $6,621.24 | | | |
| Adjusted Gross | $1,859.60 | $31,365.08 | | | |
| Total Taxable Comp | $1,859.60 | $31,365.08 | | | |
| | | | **Total Net Check:** | | $0.00 |

**EMPLOYER PAID BENEFITS**

| | | | | | |
|---|---:|---:|---|---:|---:|
| FICA Contribution | $121.14 | $2,043.82 | $500 Family UN | $602.64 | $4,218.48 |
| Medicare Contrib | $28.33 | $477.99 | $1500D Family Union | $0.00 | $1,906.92 |
| IPERS Contribution | $145.86 | $2,475.61 | $1500D Fam Un Add'l | $0.00 | $476.73 |
| Life Grp Term 50k UN | $8.40 | $92.40 | Dental Family Union | $29.86 | $328.46 |
| LT Disability Union | $9.12 | $150.83 | Dent Fam Add'l Union | $0.00 | $29.86 |
| | | | **Total Emp Paid Bene.** | $945.35 | $12,846.10 |

The name on your paycheck and Soc. Sec. card must match. Report discrepancies to Payroll.

---



**AREA EDUCATION AGENCY 11**
6500 Corporate Drive
Johnston, Iowa 50131-1603

FIRST NATIONAL BANK
AMES, IOWA 50010

72-227 / 739

**Check No. 394620**
Dec 15, 2009

PAY

To The Order Of      SHANNON GAY CORKREAN
719 NORTH 9TH AVENUE
WINTERSET IA 50273

***DIRECT DEPOSIT ONLY***      **NOT NEGOTIABLE**

**AREA EDUCATION AGENCY 11**
6500 Corporate Drive
Johnston, Iowa 50131-1603

Page 1 of 1

Pay: **SHANNON GAY CORKREAN**

Dept.: **US MAIL**
SSN: **XXX-XX-7786**

Check Total: **$0.00**

Check No.: **395291**
Check Date: **Dec 30, 2009**

| DESCRIPTION | THIS PAY | Y-T-D | DESCRIPTION | THIS PAY | Y-T-D |
|---|---:|---:|---|---:|---:|
| Taxable Earnings | | | Deductions | | |
| Contract Salary | $1,941.38 | $34,049.37 | Federal Withholding | $29.09 | $881.45 |
| Contract Salary | $0.00 | $0.02 | State Withholding | $89.00 | $1,451.00 |
| Flat Tax Hours | $0.00 | $2,217.99 | FICA | $121.14 | $2,164.96 |
| Teacher Quality | $209.00 | $1,993.28 | Medicare | $28.33 | $506.32 |
| Teacher Quality | $0.00 | $834.54 | Total Deductions | $267.56 | $5,003.73 |
| Phase II | $43.00 | $534.50 | Net Pay | $1,592.04 | $28,220.95 |
| TQ Study Group | $0.00 | $550.00 | Direct Deposits | | |
| Gross | $2,193.38 | $40,179.70 | Wells Fargo & Co. | $1,592.04 | $28,220.95 |
| Reductions | | | Total Direct Deposit | $1,592.04 | $28,220.95 |
| IPERS Deduction | $94.32 | $1,694.08 | Total Net Check | $0.00 | $0.00 |
| Vision1 EE/Family | $6.64 | $92.96 | | | |
| $500 Family UN | $200.88 | $2,812.32 | | | |
| $1500D Family UN | $0.00 | $1,271.28 | | | |
| $1500D Fam UN Add'l | $0.00 | $317.82 | | | |
| Dental Family Union | $31.94 | $702.68 | | | |
| Dent Fam Add'l Union | $0.00 | $63.88 | | | |
| Total Reductions | $333.78 | $6,955.02 | | | |
| Adjusted Gross | $1,859.60 | $33,224.68 | | | |
| Total Taxable Comp | $1,859.60 | $33,224.68 | | | |

**Total Net Check:** $0.00

**EMPLOYER PAID BENEFITS**

| | | | | | |
|---|---:|---:|---|---:|---:|
| FICA Contribution | $121.14 | $2,164.96 | $500 Family UN | $0.00 | $4,218.48 |
| Medicare Contrib | $28.33 | $506.32 | $1500D Family Union | $0.00 | $1,906.92 |
| IPERS Contribution | $145.86 | $2,621.47 | $1500D Fam Un Add'l | $0.00 | $476.73 |
| Life Grp Term 50k UN | $0.00 | $92.40 | Dental Family Union | $0.00 | $328.46 |
| LT Disability Union | $9.12 | $159.95 | Dent Fam Add'l Union | $0.00 | $29.86 |
| | | | **Total Emp Paid Bene.** | **$304.45** | **$13,150.55** |

The name on your paycheck and Soc. Sec. card must match. Report discrepancies to Payroll.



**AREA EDUCATION AGENCY 11**
6500 Corporate Drive
Johnston, Iowa 50131-1603

FIRST NATIONAL BANK
AMES, IOWA 50010

72-227 / 739

Check No. **395291**
**Dec 30, 2009**

PAY

To The Order Of

SHANNON GAY CORKREAN
719 NORTH 8TH AVENUE
WINTERSET IA 50273

*** DIRECT DEPOSIT ONLY ***

**NOT NEGOTIABLE**



**AREA EDUCATION AGENCY 11**
6500 Corporate Drive
Johnston, Iowa 50131-1603

| | | | |
|---|---|---|---|
| | Dept.: **US MAIL** | Check Total: | Check No.: **395956** |
| Pay: **SHANNON GAY CORKREAN** | SSN: **XXX-XX-7786** | **$0.00** | Check Date: **Jan 15, 2010** |

| DESCRIPTION | THIS PAY | Y-T-D | DESCRIPTION | THIS PAY | Y-T-D |
|---|---|---|---|---|---|
| Taxable Earnings | | | Deductions | | |
| Contract Salary | $1,941.38 | $1,941.38 | Federal Withholding | $37.42 | $37.42 |
| Teacher Quality | $209.00 | $209.00 | State Withholding | $89.00 | $89.00 |
| Phase II | $43.00 | $43.00 | FICA | $121.14 | $121.14 |
| Gross | $2,193.38 | $2,193.38 | Medicare | $28.33 | $28.33 |
| Reductions | | | Total Deductions | $275.89 | $275.89 |
| IPERS Deduction | $94.32 | $94.32 | Net Pay | $1,583.71 | $1,583.71 |
| Vision1 EE/Family | $6.64 | $6.64 | Direct Deposits | | |
| $500 Family UN | $200.88 | $200.88 | Wells Fargo & Co. | $1,583.71 | $1,583.71 |
| Dental Family Union | $31.94 | $31.94 | Total Direct Deposit | $1,583.71 | $1,583.71 |
| Total Reductions | $333.78 | $333.78 | Total Net Check | $0.00 | $0.00 |
| Adjusted Gross | $1,859.60 | $1,859.60 | | | |
| Total Taxable Comp | $1,859.60 | $1,859.60 | | | |

**Total Net Check:**     $0.00

**EMPLOYER PAID BENEFITS**

| | | | | | |
|---|---|---|---|---|---|
| FICA Contribution | $121.14 | $121.14 | $500 Family UN | $602.64 | $602.64 |
| Medicare Contrib | $28.33 | $28.33 | Dental Family Union | $29.86 | $29.86 |
| IPERS Contribution | $145.86 | $145.86 | | | |
| Life Grp Term 50k UN | $8.40 | $8.40 | | | |
| LT Disability Union | $9.12 | $9.12 | | | |
| | | | **Total Emp Paid Bene.** | $945.35 | $945.35 |

The name on your paycheck and Soc. Sec. card must match. Report discrepancies to Payroll.

---

**AREA EDUCATION AGENCY 11**
6500 Corporate Drive
Johnston, Iowa 50131-1603

FIRST NATIONAL BANK
AMES, IOWA 50010

72-227 / 739

**Check No.**
**395956**
Jan 15, 2010

**PAY**

To The Order Of

SHANNON GAY CORKREAN
719 NORTH 8TH AVENUE
WINTERSET IA 50273

*** DIRECT DEPOSIT ONLY ***

**NOT NEGOTIABLE**

**AREA EDUCATION AGENCY 11**
6500 Corporate Drive
Johnston, Iowa 50131-1603

Pay: **SHANNON GAY CORKREAN**

Dept.: **US MAIL**
SSN: **XXX-XX-7786**

Check Total: **$0.00**

Check No.: **396620**
Check Date: **Jan 29, 2010**

| DESCRIPTION | THIS PAY | Y-T-D | DESCRIPTION | THIS PAY | Y-T-D |
|---|---|---|---|---|---|
| Taxable Earnings | | | Deductions | | |
| Contract Salary | $1,941.38 | $3,882.76 | Federal Withholding | $34.07 | $71.49 |
| Teacher Quality | $182.00 | $391.00 | State Withholding | $86.00 | $175.00 |
| Phase II | $35.00 | $78.00 | FICA | $118.98 | $240.12 |
| Gross | $2,158.38 | $4,351.76 | Medicare | $27.83 | $56.16 |
| Reductions | | | Total Deductions | $266.88 | $542.77 |
| IPERS Deduction | $92.81 | $187.13 | Net Pay | $1,559.23 | $3,142.94 |
| Vision1 EE/Family | $6.64 | $13.28 | Direct Deposits | | |
| $500 Family UN | $200.88 | $401.76 | Wells Fargo & Co. | $1,559.23 | $3,142.94 |
| Dental Family Union | $31.94 | $63.88 | Total Direct Deposit | $1,559.23 | $3,142.94 |
| Total Reductions | $332.27 | $666.05 | Total Net Check | $0.00 | $0.00 |
| Adjusted Gross | $1,826.11 | $3,685.71 | | | |
| Total Taxable Comp | $1,826.11 | $3,685.71 | | | |

**Total Net Check:**     $0.00

**EMPLOYER PAID BENEFITS**

| | | | | | |
|---|---|---|---|---|---|
| FICA Contribution | $118.98 | $240.12 | $500 Family UN | $0.00 | $602.64 |
| Medicare Contrib | $27.83 | $56.16 | Dental Family Union | $0.00 | $29.86 |
| IPERS Contribution | $143.53 | $289.39 | | | |
| Life Grp Term 50k UN | $0.00 | $8.40 | | | |
| LT Disability Union | $9.12 | $18.24 | | | |
| | | | **Total Emp Paid Bene.** | $299.46 | $1,244.81 |

The name on your paycheck and Soc. Sec. card must match. Report discrepancies to Payroll.



**AREA EDUCATION AGENCY 11**
6500 Corporate Drive
Johnston, Iowa 50131-1603

FIRST NATIONAL BANK
AMES, IOWA 50010

72-227 / 739

Check No.
**396620**
Jan 29, 2010

PAY

To The Order Of

SHANNON GAY CORKREAN
719 NORTH 8TH AVENUE
WINTERSET IA 50273

***DIRECT DEPOSIT ONLY***

**NOT NEGOTIABLE**