# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Shawn Patrick Corkrean** | : | **CASE NO.: 10-00400-als** |
| **Shannon Gay Corkrean** | | **CHAPTER 7** |
| Debtors. | : | |

## AMENDED SCHEDULE F OF CREDITOR HAVING UNSECURED CLAIMS WITHOUT PRIORITY

The following corrections and/or additions should be made to the original Schedule F filed in this proceeding by the above-named Debtor(s). All creditors shown on the original Schedule F who DO NOT appear on this amended Schedule remain unchanged as shown on the original Schedule F.

| CREDITOR | AMOUNT |
|---|---|
| Agriland<br>421 N. 10th St<br>Winterset, IA 50273 | $2663.55 |

### DECLARATION CONCERNING DEBTOR'S SCHEDULES
**Declaration Under Penalty of Perjury By Individual Debtor**

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 4 pages and that they are true and correct to the best of my knowledge, information, and belief.

Date:  2/8/10          /s/ Shawn Corkrean
                       Debtor

Date:  2/8/10          /s/ Shannon Corkrean
                       Debtor

                        /s/ John M. Miller
                       John M. Miller, IS9999255
                       974 73rd St., Ste. 15
                       Windsor Heights, IA  50324
                       Telephone: (515) 225-3333
                       Fax: (515) 457-9999
                       Lisar@dsmialaw.com
                       ATTORNEY FOR DEBTORS

**CERTIFICATE OF SERVICE**: By signing above, the attorney certifies that on this 8th day of February, 2010, this document was filed electronically in the United States Bankruptcy Court, for the Southern District of Iowa. The parties listed below will receive notice electronically.

| | |
|---|---|
| US Trustee<br>Region12.DM.ECF@usdoj.gov | Dallas J. Janssen, Trustee<br>Trusteejanssen@dwx.com |

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

In the Matter of:                                :

Shawn Corkrean                                   :    Case No. 10-00400-als
Shannon Corkrean                                      Chapter 7

    Debtors                                  :

- - - - - - - - - - - - - - -

**VERIFICATION**

The above named Debtors verify that the above information is true and correct to the best of the

Debtors knowledge under penalty of perjury.


Date:  2/8/10                                          /s/ Shawn Corkrean
                                                          Debtor


Date:  2/8/10                                          /s/ Shannon Corkrean
                                                          Debtor




                                                          /s/ John Miller
                                                          John M. Miller, IS 9999255
                                                          974 73rd St., Ste. 15
                                                          Windsor Heights, IA  50324
                                                          Telephone: (515)225-3333
                                                          Fax: (515) 457-9999
                                                          ATTORNEY FOR DEBTORS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **IN RE:** | : |
| **Shawn Patrick Corkrean** | :     **CASE NO.: 10-00400-als** |
| **Shannon Gay Corkrean** |      **CHAPTER 7** |
|     **Debtors.** | : |

**CERTIFICATE OF SERVICE**

       I, John M. Miller, certify that on the 9th day of February 2010, a true copy of the Notice of Commencement of Chapter 7 Case was served upon the named parties listed in the following Schedule F by enclosing the same in an envelope addressed to each such party at their respective addresses as disclosed by the pleadings herein, with postage fully paid, and by depositing said envelope in a United States Postal Service depository in Des Moines, Iowa.

Agriland
421 N. 10th St
Winterset, IA 50273

                                        /s/ John Miller
                                        John M. Miller, IS9999255
                                        974 73rd. St., Ste, 15
                                        Windsor Heights, IA 50324
                                        Telephone: (515) 225-3333
                                        Fax: (515) 457-9999
                                        lisar@dsmialaw.com
                                        ATTORNEY FOR DEBTORS

Agriland
421 N. 10th St
Winterset, IA 50273