**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (10/05)   Case Number **10–00400–als7**

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT of IOWA

## AMENDED
## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/5/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Shawn Patrick Corkrean<br>dba Corkrean Properties, LLC, fdba Country Life Homes, LLC, fdba First Equity Builders Iowa LLC<br>719 N. 8th Ave<br>Winterset, IA 50273 | Shannon Gay Corkrean<br>719 N 8th Ave.<br>Winterset, IA 50273 |
| Case Number:<br>10–00400–als7 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–5248<br>xxx–xx–7786 |
| Attorney for Debtor(s) (name and address):<br>John M Miller<br>974 73rd Street<br>Ste 15<br>Windsor Heights, IA 50324<br>Telephone number: (515) 225–3333 | Bankruptcy Trustee (name and address):<br>Dallas J Janssen<br>701 East Court Ave<br>Suite A<br>Des Moines, IA 50309–4941<br>Telephone number: (515) 274–9161 |

### Meeting of Creditors
Date: **March 4, 2010**          Time: **10:00 AM**
Location: **Room 783, Federal Building, 210 Walnut, Des Moines, IA 50309**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 5/3/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>110 E. Court Avenue<br>300 U.S. Courthouse Annex<br>Des Moines, IA 50309<br>Telephone number: 515–284–6230<br>**Mailing Address:**<br>PO Box 9264<br>Des Moines, IA 50306 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mary M. Weibel |
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: 3/3/10 |

**EXPLANATIONS** FORM B9A (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Appointment of Trustee | The trustee named on the front side is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. |

–– Refer to Other Side for Important Deadlines and Notices ––

Reason for Amendment: Joint Debtor address correction

# CERTIFICATE OF NOTICE

```
District/off: 0863-4           User: bam                    Page 1 of 2                   Date Rcvd: Mar 03, 2010
Case: 10-00400                 Form ID: 5AM3417i            Total Noticed: 38

The following entities were noticed by first class mail on Mar 05, 2010.
db/jdb        +Shawn Patrick Corkrean,   Shannon Gay Corkrean,    719 N. 8th Ave,   Winterset, IA 50273-1021
aty           +John M Miller,   974 73rd Street,   Ste 15,   Windsor Heights, IA 50324-1026
tr             Dallas J Janssen,   701 East Court Ave,   Suite A,   Des Moines, IA  50309-4941
801451500     +Abendroth & Russell PC,   c/o Christopher Low,   2536 73rd St,   Urbandale, IA 50322-4700
801452083     +Agriland fs,   421 N. 10th St,   Winterset, IA 50273-1365
801451503     +Bankers Leasing Company,   PO Box 7740,   Urbandale, IA 50323-7740
801451504     +Blue Tarp Financial, Inc.,   Bierl Carpet One Cleaning, LLC,   11405 Meredith Dr.,
                Urbandale, IA 50322-7265
801451505     +Buxton Concrete Construction, Inc.,   c/o Christopher Spaulding,   2423 Ingersoll Ave.,
                Des Moines, IA 50312-5233
801451506     +Citi Cards,   PO Box 6241,   Sioux Falls, SD 57117-6241
801451507     +Davidson Trenching & Backhoe,   c/o Christopher Spaulding,   2423 Ingersoll Ave.,
                Des Moines, IA 50312-5233
801451510     +FKG & C,   First National Bank Building,   Suite 20,   PO Box 30,   Fairfield, IA 52556-0001
801451508     +Farmers & Merchants State Bank,   101 West Jefferson,   Winterset, IA 50273-1546
801451509      First National Bank of Omaha,   PO Box 2818,   Omaha, NE 68103-2818
801451511     +Frontier Construction,   c/o Christopher Spaulding,   2423 Ingersoll Ave.,
                Des Moines, IA 50312-5233
801451512     +Gannon Roofing Supply,   4825 N.W. 6th Drive,   Des Moines, IA 50313-2219
801451513     +Gilcrest Jewett,   PO Box 1000,   Waukee, IA 50263-1000
801451514     +Glen-Gery Corporation,   13186 Collection Center Dr.,   Chicago, IL 60693-0001
801451515     +Greenley Sharpe, Inc.,   1401 S Main,   Sigourney, IA 52591-1164
801451517     +Jester Insurance Services,   303 Watson Powell Jr Way,   PO Box 4779,   Des Moines, IA 50305-4779
801451518     +JoMAR LLC,   Kara McClure,   405 Sixth Ave., Ste. 1300,   Des Moines, IA 50309-2413
801451519     +KCCI TV,   888 9th Street,   Des Moines, IA 50309-1288
801451520     +Lumberman's Brick & Supply Co.,   4671 121st St.,   Urbandale, IA 50323-2311
801451521     +MLB of Iowa, Inc.,   c/o Credit Bureau Services of Iowa,   1306 S 7th St.,
                Oskaloosa, IA 52577-4107
801451522     +Neiman, Stone & McCormick, PC,   Attorneys at Law,   7405 University Avenue Suite 10,
                Clive, IA 50325-1343
801451523     +Nissan Moror Acceptance Corp,   PO Box 78132,   Phoenix, AZ 85062-8132
801451524      Nyemaster Goode,   Anthony Longnecker,   700 Walnut St., Ste. 1600,   Des Moines, IA 50309-3899
801451525     +Prairie Pella, Inc.,   c/o Todd Elverson and Zoshua Zeutenhorst,   100 Court Ave., Ste. 405,
                Des Moines, IA 50309-2257
801451526     +Simmons Construction,   3250 Bluetteron Circle,   Cumming, IA 50061-9359
801451527     +Sunderland Brothers Company,   Accounts Receivable,   9700 J Street,   Omaha, NE 68127-1111
801451528     +Szabo Associates, Inc.,   3355 Lenox Rod NE,   Atlanta, GA 30326-1395
801451530     +Thorpe Excavating, Inc.,   c/o Christopher Spaulding,   2423 Ingersoll Ave.,
                Des Moines, IA 50312-5233
801451531     +United Electric Supply,   4532 S 132nd St.,   Omaha, NE 68137-1787
801451533     +Wetsch & Abbott, P.L.C.,   974 73rd Street, Suite 20,   Des Moines, IA 50324-1071

The following entities were noticed by electronic transmission on Mar 03, 2010.
tr             EDI: FDJJANSSEN.COM Mar 03 2010 18:08:00      Dallas J Janssen,   701 East Court Ave,   Suite A,
                Des Moines, IA  50309-4941
801451501      EDI: AMEREXPR.COM Mar 03 2010 18:08:00      American Express,   Box 0001,
                Los Angeles, CA 90096-0001
801451502     +EDI: AMEREXPR.COM Mar 03 2010 18:08:00      American Express,   PO Box 981537,
                El Paso, TX 79998-1537
801451516     +EDI: HFC.COM Mar 03 2010 18:08:00      HSBC Business Solutions,   PO Box 5219,
                Carol Stream, IL 60197-5219
801451529      EDI: WTRRNBANK.COM Mar 03 2010 18:08:00      Target,   PO Box 673,   Minneapolis, MN 55440-0673
801451532      EDI: AFNIVZWIRE.COM Mar 03 2010 18:08:00      Verizon,   PO Box 25505,
                Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0863-4        User: bam              Page 2 of 2           Date Rcvd: Mar 03, 2010
Case: 10-00400              Form ID: 5AM3417i      Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 05, 2010**                    Signature:    *Joseph Speetjens*