IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

In re:

                                                        Case No. 10-00400-als

SHAWN PATRICK CORKREAN          Chapter 7
SHANNON GAY CORKREAN

    Debtor(s)

## *TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION*

    COMES NOW the trustee, Dallas J. Janssen, and for this Objection to Claim of Exemption, states as follows:

    1.    On 02/05/2010, the debtor(s) herein filed a voluntary Chapter 7 bankruptcy proceeding, and Dallas J. Janssen was appointed and qualified as the trustee.

    2.    The debtor(s) listed on Schedule B – Personal Property, the following asset: Union State Bank – joint account with Shannon Corkrean and son (funds son earned working and 4-H) valued at $2,300.00.

    3.    The debtor(s) claimed said asset exempt on Schedule C – Property Claimed as Exempt, under the provisions of Iowa Code § 627.6(14) including any wages previously garnished or being held by any entity pursuant to Iowa Code §§ 627.6(a)(c) 537.5105 and 15 USC 1673 in the total amount of $2,300.00.

    4.    The trustee objects to the claim of exemption of the debtor(s) in said asset for the following reason: more information is needed to determine what portion of the asset is that of the debtor's, if any.

    ACCORDINGLY, the debtor(s) claim of exemption in the Union State Bank – joint account with Shannon Corkrean and son (funds son earned working and 4-H) under the provisions of Iowa Code § 627.6(14) including any wages previously garnished or being held by any entity pursuant to Iowa Code §§ 627.6(a)(c) 537.5105 and 15 USC 1673 should not be allowed until further information has been reviewed.

                                                                   */s/   Dallas J. Janssen*
                                                                   DALLAS J. JANSSEN, Trustee
                                                                   IS 9999011
                                                                   701 East Court Avenue, Suite A
                                                                   Des Moines, Iowa 50309-4941
                                                                   Telephone: (515) 274-9161
                                                                   Facsimile: (515) 274-1364
                                                                   E-mail: TrusteeJanssen@dwx.com

CERTIFICATE OF SERVICE

  This document was served electronically on all parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing, and by first class mail on the following:

SHAWN PATRICK CORKREAN
SHANNON GAY CORKREAN
719 N. 8TH AVE
WINTERSET IA 50273


                */s/  Julie Vorasane*