**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
P.O. Box 9264
Des Moines, Iowa 50306–9264
www.iasb.uscourts.gov

In the Matter of:                                             Case No. 10–00400–als7

Shawn Patrick Corkrean
Shannon Gay Corkrean
Debtor(s)

**NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE**
**IN PERSONAL FINANCIAL MANAGEMENT (Official Form 23)**

   Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. section 727(a)(11)). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. Section 111.

   Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 within 45 days after the first date set for the meeting of creditors under Section 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.


Date: 4/5/10

                                                                Mary M. Weibel
                                                                Clerk, U.S. Bankruptcy Court

*NOTE: Official Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district, or the debtor(s) is/are incapacitated or disabled as those terms are defined in the 11 U.S.C. section 109(h) or the debtor(s) is/are on active military duty in a military combat zone. See Rule 1007(b)(7).

**Official Form 23 may be found at  www.uscourts.gov. Go to Bankruptcy Forms.**

Parties Served: Interested Parties

# CERTIFICATE OF NOTICE

```
District/off: 0863-4          User: bam              Page 1 of 1              Date Rcvd: Apr 05, 2010
Case: 10-00400                Form ID: 6NTCDFIN      Total Noticed: 1

The following entities were noticed by first class mail on Apr 07, 2010.
db/jdb      +Shawn Patrick Corkrean,   Shannon Gay Corkrean,   719 N. 8th Ave,   Winterset, IA 50273-1021

The following entities were noticed by electronic transmission.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2010**            **Signature:** _Joseph Speetjens_