**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court
Southern District of Iowa
PO Box 9264
Des Moines, IA 50306
www.iasb.uscourts.gov

**Case No. 10–00400–als7**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Shawn Patrick Corkrean<br>dba Corkrean Properties, LLC, fdba<br>Country Life Homes, LLC, fdba First<br>Equity Builders Iowa LLC<br>719 N. 8th Ave<br>Winterset, IA 50273 | Shannon Gay Corkrean<br>719 N 8th Ave.<br>Winterset, IA 50273 |

Social Security No.:
  xxx–xx–5248                                                    xxx–xx–7786

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 5/4/10                                                   Judge Anita L. Shodeen
                                                                United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**B18 (Official Form 18) (12/07) – Cont.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0863-4          User: admin              Page 1 of 1              Date Rcvd: May 04, 2010
Case: 10-00400                Form ID: 1B18            Total Noticed: 36
```

The following entities were noticed by first class mail on May 06, 2010.
```
db/jdb       +Shawn Patrick Corkrean,  Shannon Gay Corkrean,    719 N. 8th Ave,   Winterset, IA 50273-1021
801451500    +Abendroth & Russell PC,   c/o Christopher Low,    2536 73rd St,   Urbandale, IA 50322-4700
801452083    +Agriland fs,    421 N. 10th St,    Winterset, IA 50273-1365
801451503    +Bankers Leasing Company,    PO Box 7740,   Urbandale, IA 50323-7740
801451504    +Blue Tarp Financial, Inc.,    Bierl Carpet One Cleaning, LLC,    11405 Meredith Dr.,
               Urbandale, IA 50322-7265
801451505    +Buxton Concrete Construction, Inc.,    c/o Christopher Spaulding,    2423 Ingersoll Ave.,
               Des Moines, IA 50312-5233
801451506    +Citi Cards,    PO Box 6241,    Sioux Falls, SD 57117-6241
801451507    +Davidson Trenching & Backhoe,    c/o Christopher Spaulding,    2423 Ingersoll Ave.,
               Des Moines, IA 50312-5233
801451510    +FKG & C,    First National Bank Building,    Suite 20,   PO Box 30,   Fairfield, IA 52556-0001
801451508    +Farmers & Merchants State Bank,    101 West Jefferson,    Winterset, IA 50273-1546
801451509     First National Bank of Omaha,    PO Box 2818,    Omaha, NE 68103-2818
801451511    +Frontier Construction,   c/o Christopher Spaulding,    2423 Ingersoll Ave.,
               Des Moines, IA 50312-5233
801451512    +Gannon Roofing Supply,    4825 N.W. 6th Drive,    Des Moines, IA 50313-2219
801451513    +Gilcrest Jewett,    PO Box 1000,    Waukee, IA 50263-1000
801451514    +Glen-Gery Corporation,    13186 Collection Center Dr.,    Chicago, IL 60693-0001
801451515    +Greenley Sharpe, Inc.,    1401 S Main,    Sigourney, IA 52591-1164
801451517    +Jester Insurance Services,    303 Watson Powell Jr Way,   PO Box 4779,   Des Moines, IA 50305-4779
801451518    +JoMAR LLC,    Kara McClure,    405 Sixth Ave., Ste. 1300,    Des Moines, IA 50309-2413
801451519    +KCCI TV,    888 9th Street,    Des Moines, IA 50309-1288
801451520    +Lumberman's Brick & Supply Co.,    4671 121st St.,    Urbandale, IA 50323-2311
801451521    +MLB of Iowa, Inc.,    c/o Credit Bureau Services of Iowa,    1306 S 7th St.,
               Oskaloosa, IA 52577-4107
801451522    +Neiman, Stone & McCormick, PC,    Attorneys at Law,    7405 University Avenue Suite 10,
               Clive, IA 50325-1343
801451523    +Nissan Moror Acceptance Corp,    PO Box 78132,    Phoenix, AZ 85062-8132
801451524     Nyemaster Goode,    Anthony Longnecker,    700 Walnut St., Ste. 1600,   Des Moines, IA 50309-3899
801451525    +Prairie Pella, Inc.,    c/o Todd Elverson and Zoshua Zeutenhorst,    100 Court Ave., Ste. 405,
               Des Moines, IA 50309-2257
801451526    +Simmons Construction,    3250 Bluetteron Circle,    Cumming, IA 50061-9359
801451527    +Sunderland Brothers Company,    Accounts Receivable,    9700 J Street,   Omaha, NE 68127-1111
801451528    +Szabo Associates, Inc.,    3355 Lenox Rod NE,    Atlanta, GA 30326-1395
801451530    +Thorpe Excavating, Inc.,    c/o Christopher Spaulding,    2423 Ingersoll Ave.,
               Des Moines, IA 50312-5233
801451531    +United Electric Supply,    4532 S 132nd St.,    Omaha, NE 68137-1787
801451533    +Wetsch & Abbott, P.L.C.,    974 73rd Street, Suite 20,    Des Moines, IA 50324-1071
```

The following entities were noticed by electronic transmission on May 04, 2010.
```
801451501     EDI: AMEREXPR.COM May 04 2010 18:18:00      American Express,    Box 0001,
               Los Angeles, CA 90096-0001
801451502    +EDI: AMEREXPR.COM May 04 2010 18:18:00      American Express,    PO Box 981537,
               El Paso, TX 79998-1537
801451516    +EDI: HFC.COM May 04 2010 18:18:00      HSBC Business Solutions,    PO Box 5219,
               Carol Stream, IL 60197-5219
801451529     EDI: WTRRNBANK.COM May 04 2010 18:18:00      Target,   PO Box 673,   Minneapolis, MN 55440-0673
801451532     EDI: AFNIVZWIRE.COM May 04 2010 18:23:00      Verizon,   PO Box 25505,
               Lehigh Valley, PA 18002-5505
                                                                                               TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2010**              **Signature:**     *Joseph Speetjens*